UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-41210-TJT
Tamika Jackson  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| TAMIKA JACKSON<br>PO BOX 2146<br>SOUTHGATE, MI 48195-0000<br>SSN: XXX-XX-5008 | N/A | N/A | DEBTOR REFUND | 1319410 | 11/10/10 | $ 135.12 |

DATED: November 17, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48326

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    0141310
DETROIT, MICHIGAN 48231-1930

0741210  00000  017414  1319410
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 11/10/2010    Check No: 1319410
Payee: CLERK OF US BANKRUPTCY COURT

| 0741210 | Tamika Jackson | | | 135.12 | 0.00 | 135.12 |
|---|---|---|---|---|---|---|
| ACCT: | | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

**VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.**  **CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.**

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1319410
SunTrust Bank

**FOR**  Tamika Jackson
BK:0741210  ACCT:
PRIN:  135.12  INT:  0.00

DATE Nov 10, 2010
AMOUNT
********135.12

**PAY**  135.12
One Hundred Thirty-Five And 12/100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $135.12
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

IN THE MATTER OF:　　　　　　　　　　　　　CASE NO. 07-41210-TJT
Tamika Jackson　　　　　　　　　　　　　　CHAPTER 13 PROCEEDINGS
　　　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. TUCKER

　　　　　　　　Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**ACCLAIM LEGAL SERVICES**
**26200 LAHSER ROAD**
**SUITE 330**
**SOUTHFIELD, MI  48033**

**Last Known Address for Debtor:**

**TAMIKA JACKSON**
**PO BOX 2146**
**SOUTHGATE, MI  48195**

DATED: November 17, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100